**Patriot Insurance - Kokomo**
PO Box 2705
Kokomo, IN  46904-2705
Phone : 765-453-6704   Fax : 765-453-6726

**Skyline Manor Inc**
BVM Management Inc. dba
PO Box 501188
Indianapolis, IN  46250

| INVOICE # | 5014 | | Page 1 |
|---|---|---|---|
| ACCOUNT NO. | OP | DATE | |
| SKYLI-2 | DH | 05/08/14 | |
| Commercial Package | | | |
| POLICY # | | | |
| CRF70002061 | | | |
| COMPANY | | | |
| Markel American Insurance Co. | | | |
| PRODUCER | | | |
| Ryan Hartzler | | | |
| EFFECTIVE | EXPIRATION | BALANCE DUE ON | |
| 12/23/13 | 12/23/14 | 05/15/14 | |
| AMOUNT PAID | | AMOUNT DUE | |
| | | $ 14,876.00 | |

| Itm # | Due Date | Trn | Type | Description | Amount |
|---|---|---|---|---|---|
| INVOICE # | 5014 | | | | |
| 207178 | 05/15/14 | MEM | PCKG | Installment 6 | $ 14,876.00 |
| | | | | Invoice Balance: | $ 14,876.00 |